

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN LEE VANOCHTEN,

Defendant.

Case No. 24-cr-20072

Hon. Judge Thomas L. Ludington
Magistrate Jude Patricia T. Morris

# FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT ONE
### Possession with Intent to Distribute Methamphetamine
### (21 U.S.C. § 841(a)(1))

On or about January 11, 2024, in the Eastern District of Michigan, Ryan Lee Vanochten knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT TWO
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c))

On or about January 11, 2024, in the Eastern District of Michigan, Ryan Lee Vanochten, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, , possession with intent to distribute methamphetamine as alleged in Count One, and possession with intent to distribute; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about January 11, 2024, in the Eastern District of Michigan, Ryan Lee Vanochten, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, one Sig Sauer P320 9mm caliber handgun and one Sig Sauer .556 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
### Possession with Intent to Distribute Fentanyl
### (21 U.S.C. § 841(a)(1))

On or about January 11, 2024, in the Eastern District of Michigan, Ryan Lee Vanochten knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

Dated:   April 24, 2024                              THIS IS A TRUE BILL

                                                     *s/Grand Jury Foreperson*
                                                     GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/*Roy R. Kranz*
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov
(P56903)

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>24-cr-20072 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Thomas L. Ludington |
| ☐ Yes       x No | AUSA's Initials: RRK |

Case Title: USA v. Ryan Lee Vanochten

County where offense occurred: Bay

Check One:   X Felony     __ Misdemeanor     __ Petty

```
_____Indictment/_____Information ---  no prior complaint.
_____Indictment/_____Information ---  based upon prior complaint []
   X  Indictment/_____Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].
```

FILED APR 24 2024 U.S. DISTRICT COURT BAY CITY, MICHIGAN

## Superseding Case Information

Superseding to Case No: ___24-cr-20072___     Judge: Thomas L. Ludington

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
X   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Ryan Lee Vanochten | 21 U.S.C. § 841(a)(1) | 1:24-mj-30011 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: April 24, 2024

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.